This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ALBUQUERQUE PLAZA OFFICE
INVESTMENT, LLC, a New Mexico
Limited Liability Company,**

     Plaintiff-Appellant,

v.                            **NO. 30,104**

**ANGELA ANDRESEN d/b/a
GALLERIA ENCANTADA,**

     Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Alan M. Malott, District Judge**

Brownstein Hyatt Farber Schreck, LLP
Eric P. Burris
Matt Kim-Miller
Albuquerque, NM

for Appellant

Angela Andresen
Albuquerque, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED**.

**IT IS SO ORDERED.**

 

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

**JAMES J. WECHSLER, Judge**

**ROBERT E. ROBLES, Judge**